In the Matter of the Application of the Public Service Commission for the First District of the State of New York, etc., Respondent, Relative to Acquiring, etc., Premises Situate at and Near the Intersection of Mott Avenue and East One Hundred and Thirty-eighth Street, in the Borough of

934     CASES REPORTED WITH BRIEF SYLLABI.

The Bronx, City of New York, etc., Spoken of as the Lexington Avenue Route. Anna Isabel Rines, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Scott, J., dissented.